1 | MARC J. FAGEL (Cal Bar No. 154425)
fagelm@sec.gov
2 | PATRICK MURPHY (Admitted in N.Y.)
murphyp@sec.gov
3 | ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
4 | SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. C 07-2821 JCS<br><br>NOTICE OF RELATED CASE |

Plaintiff Securities and Exchange Commission (the "Commission") hereby informs the Court, in accordance with Local Rule 3-12, that the above-captioned action is related to another civil action now pending before Judge Charles R. Breyer entitled, *Securities and Exchange Commission v. Gregory L. Reyes, Antonio Canova, and Stephanie Jensen*, C 06-4435 CRB, and a criminal proceeding also pending before Judge Breyer, *United States of America v. Gregory L. Reyes and Stephanie Jensen*, CR 06-0556 CRB. Defendants in C 06-4435 and CR 06-0556 were officers of Brocade Communications Systems, Inc., the defendant in C 07-2821, and both cases involve

1  allegations of stock option backdating in violation of the federal securities laws. The Commission
2  requests that both actions be assigned to Judge Breyer.

5  Dated: May 31, 2007                    Respectfully submitted,

                                          _____
                                          Robert S. Leach
                                          Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE COMMISSION