MARC J. FAGEL (Cal. Bar. No. 154425)
facelm@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
PATRICK T. MURPHY (Admitted in New York)
murphyp@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C 06-4435 CRB<br><br>[PROPOSED] ORDER RELATING CASE |

The Court, having considered Plaintiff Securities and Exchange Commission's Administrative Motion to Consider Whether Cases Should Be Related and any response thereto, and good cause appearing, hereby ORDERS that the civil action entitled *Securities and Exchange Commission v. Gregory L. Reyes, Antonio Canova, and Stephanie Jensen*, C 06-4435, is related to the civil action entitled *Securities and Exchange Commission v. Brocade Communications Systems, Inc.*, No. C 07-2821 JCS. The Court hereby ORDERS that C 07-2821 is reassigned to the Honorable Charles R. Breyer.

Dated: 06/08/07

By: _____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Robert S. Leach
Robert S. Leach
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION